BREJEAN BALANCIER * NO. 2022-CA-0255

VERSUS * COURT OF APPEAL

SEWERAGE & WATER * FOURTH CIRCUIT
BOARD OF NEW ORLEANS

* STATE OF LOUISIANA

*

*

\* \* \* \* \* \* \*

**JFM**

MCKAY, J. PRO TEMPORE, CONCURS IN THE RESULT